**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on April 8, 2011**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 10–47069–EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Francine Ann Maiorino
aka Francine Ann Cacciaguida

21946 Satinwood Drive
Boca Raton, FL 33428–3037

SSN: xxx–xx–1907

## FINAL DECREE

The trustee, Michael R Bakst, having filed a final report that the estate has been fully administered, is discharged and the case is closed.